IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY McMILLIAN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JUDY SUBOSA, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-CV-1965-MCE-DMC-P<br><br>**ORDER** |

　　　The Court has considered the parties' stipulation for a 45-day extension of time for Defendants to respond to Plaintiff's complaint. The stipulation and extension of time are approved. Defendants shall have an additional 45 days from January 3, 2020, to file their responsive pleading, which is now due on February 18, 2020.

　　　**IT IS SO ORDERED.**


Dated: January 2, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1