1  Xavier Becerra, State Bar No. 118517
   Attorney General of California
2  Christopher J. Becker, State Bar No. 230529
   Supervising Deputy Attorney General
3  Caitlin R. Smith, State Bar No. 286891
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6393
6   Fax: (916) 324-5205
    E-mail: Caitlin.Smith@doj.ca.gov
7  *Attorneys for Defendants*
   *Kinross, Figueira, Subosa, Petras*
8  *and Karasik*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

| | |
|---|---|
| **JIMMY McMILLIAN,** | 2:18-CV-1965-MCE-DMC-P |
| Plaintiff, | **ORDER GRANTING STAY OF PROCEEDINGS UNTIL JUNE 1, 2020** |
| v. | |
| **J. SUBOSA, et al.,** | Action Filed: July 17, 2018 |
| Defendants. | |

Having read and considered the request and supporting declaration of counsel, the Court grants the request for a stay in the proceedings until June 1, 2020.

**IT IS SO ORDERED.**

Dated: May 11, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1