# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JIMMY McMILLAN,                    No. 2:18-cv-1965-MCE-DMC-P

    Plaintiff,

  v.

JUDY SUBOSA, et al.,               **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendants.

---

Jimmy McMillan, CDCR # P-31432, a necessary and material witness in a settlement conference in this case on June 1, 2020, is confined in the RJ Donovan Correctional Facility (RJD), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, to the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Monday, June 1, 2020 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This shall amend the writ issued May 12, 2020.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied to all parties via separate email.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Judy Streeter, Courtroom Deputy, at jstreeter@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, RJD, 480 Alta Road, San Diego, CA 92179:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE